SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

MARY LYNNE VETRANO,

   Plaintiff,

v.

JAMES MARTIN, RYDER SYSTEM, INC.,
RYDER TRUCK RENTAL, INC. AND
CLEAN HARBORS ENVIRONMENTAL
SERVICES, INC.,

   Defendants.

Case No. 2025-CAB-000529
Judge: Leslie A. Meek
Next Court Date: May 2, 2025
Event: Initial Hearing

## NOTICE OF FILING NOTICE OF REMOVAL

To:   Clerk, Superior Court for the District of Columbia

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1446(d), a Notice of Removal was filed on this date in the United States District Court for the District of Columbia with respect to the above-captioned matter. A copy of the Notice of Removal is attached hereto. This notice effectuates the removal of this action to the United States District Court for the District of Columbia and operates to stay all further proceedings in the Superior Court.

Respectfully submitted, this 17th day of April, 2025.

**JAMES MARTIN**

By Counsel

/s/ Alison W. Feehan
Alison W. Feehan (D.C. Bar No. 444014)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
afeehan@hccw.com

**C E R T I F I C A T E**

      I hereby certify that on this 17th day of April 2025, I electronically filed the foregoing with the Clerk of Court using eFileDC, which will send notification of such filing to the following:

      Christopher T. Nace, Esq.
      D.C. Bar No. 977865
      Paulson & Nace, PLLC
      1025 Thomas Jefferson Street, NW
      Suite 810
      Washington, DC 20007
      202-463-1999 - Phone
      202-223-6824 - Fax
      ctnace@paulsonandnace.com

      /s/ Alison W. Feehan
      Alison W. Feehan (D.C. Bar No. 444014)