IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY LYNNE VETRANO,

    Plaintiff,

v.                                                                        Case No. _____

JAMES MARTIN, RYDER SYSTEM, INC.,
RYDER TRUCK RENTAL, INC. AND
CLEAN HARBORS ENVIRONMENTAL
SERVICES, INC.,

    Defendants.

## CONSENT TO REMOVAL

Defendants, Ryder System, Inc., Ryder Truck Rental, Inc., and Clean Harbors Environmental Services, Inc., by counsel, and pursuant to 28 U.S.C. § 1446(b), hereby consent to Defendant James Martin's removal of this action from the Superior Court for the District of Columbia to the United States District Court for the District of Columbia.

                                                                    **RYDER SYSTEM, INC., RYDER TRUCK RENTAL, INC. and CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.,**

                                                                      By Counsel

<u>/s/ Alison W. Feehan</u>
Alison W. Feehan (D.C. Bar No. 444014)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
afeehan@hccw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th of April 2025, the foregoing document was duly served by emailing and mailing a copy to the following attorney of record not yet participating in the CM/ECF system, in accordance with the provisions of Rule 5, Federal Rules of Civil Procedure:

>Christopher T. Nace, Esq.
>D.C. Bar No. 977865
>Paulson & Nace, PLLC
>1025 Thomas Jefferson
>Street, NW Suite 810
>Washington, DC 20007
>202-463-1999 - Phone
>202-223-6824 - Fax
>ctnace@paulsonandnace.com

/s/ Alison W. Feehan
Alison W. Feehan (D.C. Bar No. 444014)